**No. 59051.**—S. Berger Co. *v.* United States, protest 243076–K (B) (New York).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise, invoice item No. 76309, consisting of 400 gross natural pine cones, is in chief value of natural cones, the claim of the plaintiff was sustained.

**No. 59052.**—Traders Service Corporation *v.* United States, protest 224263–K (New York).

Opinion by WILSON, J. The record disclosed that the merchandise was liquidated upon the basis of 71 pounds per case, instead of on the correct basis of 71 kilograms per case; that there are approximately 2.2 pounds to a kilogram; and that, had the merchandise been liquidated on the correct basis of 71 kilograms, the applicable rate of duty would have been on the basis of 26 ounces per square foot, with a consequent assessment of duty at the entered rate. The Government conceded that the liquidation of the merchandise was in error. Accordingly, the merchandise was held dutiable at 8 cents per pound under paragraph 219, as modified, *supra*, as entered.